**FILED**

GOLDSMITH & HULL, A P.C. File # 547568
William I. Goldsmith    ( SBN 82183   )
Jack D. Hull             ( SBN 91879   )
Eric Mintz               ( SBN 207384 )
16933 Parthenia Street
Northridge, CA 91343
Telephone:  (818) 990-6600
Facsimile:   (818) 990-6140
**govdept1@goldsmithcalaw.com**

2010 JAN 19  PM 3: 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID PRICE AKA
DAVID F. PRICE

Defendant.

CASE NO.: **CV10 0372**

COMPLAINT ON
PROMISSORY NOTE (S)

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follow:

1. This court has jurisdiction under title 28 U.S.C. Section 1345 and Title 20 U.S.C. Section 1080, and the Defendant resides in the County of SISKIYOU.

2. In consideration of student loans guaranteed by Plaintiff, Defendant executed promissory note(s), copies of which are attached hereto as Exhibit(s) "1" on the date(s) set forth on said note(s).

3. Said note(s) and all rights to the obligations undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligations due under the said note(s) according the their terms.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant as follow:

1. As to Plaintiff First Claim:

The principal amount of $2,762.45, plus interest accrued from the default to September 29, 1996, in the sum of $3,001.39 with further interest at 9.00% per annum accruing at $0.68 per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00

2.And upon all claims;

A. For cost incurred.

B. For a surcharge of ten percent of the amount of the debt owed pursuant to 28 U.S.C. Section 3011, or attorneys fees.

C. For such other and further relief as to the Court seems just.

DATED: 1/19/10

GOLDSMITH & HULL, A P.C.

Eric Mintz
Attorneys for Plaintiff

# EXHIBIT "1"

# PROMISSORY NOTE AND DISCLOSURE STATEMENT

**CALIFORNIA STUDENT AID COMMISSION**
Guaranteed Student Loan Program

Borrower Name: DAVID F. PRICE

Social Security Number:

| | |
|---|---|
| O.E. Lender Code Number **828488**<br>Lending Institution Name & Address<br>**WEST COAST BANK**<br>**16311 VENTURA BLVD**<br>8584026<br>**ENCINO**    CA 91436 | **ANNUAL PERCENTAGE RATE**<br>The cost of my credit as a yearly rate.<br>A. Prior to Repayment  **6. 95** %<br>B. During Repayment  **9. 00** % |

**Amount**
The Amou
provid

$ 2,3

**Prepayment:** If I pay off early, I will not have to pay a penalty and I may be entitled to a refund of part of the Finance Ch
**Late Charge:** If a payment is late, I may be charged $5.00 or 5% of the payment, whichever is less.
I must read the entire promissory note for any additional information about nonpayment, default, any required payment in the scheduled date and prepayment refunds and penalties.

### ITEMIZATION OF THE AMOUNT FINANCED

| | | |
|---|---|---|
| Loan Amount | $ | 2,500. 00 |
| Less: Prepaid Finance Charge, Includes: | $ | 162. 50 |
| Guarantee Fee | $ | 37. 50 |
| Origination Fee | $ | 125. 00 |

( 5. 00 % of Loan Amount)
Equals: Amount Financed  $ 2,337. 50

Date Produced: 5/02/83

| Disbursement Schedule | Estimated Date of Disbursement | Loan Amount | PREPAID FINANCE CHARGE | |
|---|---|---|---|---|
| | | | Guarantee Fee | Origination Fee |
| First/entire | 5/09/83 | $ 2500. 00 | $ 37. 50 | $125. 00 |
| Second | N/A | $ N/A | $ N/A | $ N/A |
| Third | N/A | $ N/A | $ N/A | $ N/A |

**I.  PROMISE TO PAY:**
I promise to pay to you or to your order when this Note becomes due as set forth in Paragraph II, the "Loan Amount" as shown in "Itemization of the Amount Financed" to the extent it is advanced to me plus interest as set forth in Paragraph III, and any other charges which may become due as provided in Paragraph VI.

**II.  DATE NOTE BECOMES DUE:**
This Note will become due on the earliest of the following dates:

1)    **6**    months after I stop carrying, at an eligible school approved by the Guarantor, at least one-half of the normal full-time academic workload required by such school, or
2) If I have not already enrolled on the basis (at least half-time) shown in my application for this loan, the last day set by the school named in my application for which I can begin to get academic credit for the period covered by this loan even though I may plan to enroll at a later date within the loan period.

**III.  INTEREST:**
I agree to pay an amount equivalent to simple interest on the unpaid balance at the rate of **9. 00** % per annum from the date you advance the loan until the loan is paid in full. You will not collect from me any interest which the United States Government will pay for me.

I will pay you at the end of each    **MONTH**    (m any interest due from me, or you may allow me to defer t this interest until this Note becomes due. When this Note I may either pay the total interest due or such interest wi the principal balance due to be repaid, with interest, in All payments will be made to your address given above c address you notify me of.

**IV.  GUARANTEE-ORIGINATION FEES:**
I will pay you a guarantee fee in the amount shown in " the Amount Financed" which you will forward to the Cali Aid Commission to pay for its guarantee of this Note. 7 fee is equal to 1% per annum on the amount of this

disbursal date until    **12**    months after the completion date given on my application for this loan. I guarantee fee will be repaid to me unless the total loan is 60 days after the disbursal date, in which case the to returned. I will pay you a loan origination fee authorized in the amount disclosed in the "Itemization of the Amou above. If any loan disbursement check is returned und lender, I will be entitled to a refund of any loan originati respect to such disbursement. The guarantee fee and the tion fee may both be deducted from the proceeds of m

**I WILL NOT SIGN THIS NOTE BEFORE READING IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN I WISE ADVISED. I WILL NOT SIGN THIS NOTE IF IT CONTAINS ANY BLANK SPACE. I AM ENTITLED TO AN EXACT THIS NOTE AND ANY AGREEMENT I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT IT CONTAINS N SPACE AND THAT I HAVE RECEIVED AN EXACT COPY HEREOF. I HAVE THE RIGHT AT ANY TIME TO PAY IN ADV/ UNPAID BALANCE DUE UNDER THIS NOTE WITHOUT PENALTY.**

Borrower's Signature

Date Signed   05/05/83

Borrower Permanent Address   venic

Signature of Co-Signer (if any)

Date Signed

Co-Signer's Permanent Address

**NOTICE:  SEE OTHER SIDE OF THIS FORM FOR IMPORTANT INFORMATION ABOUT YOUR LOAN.**

CGSLP 130 (Rev. 8/82)

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME   DATE 8-6-96

**WHOLE LOAN DUE:**

will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once (subject to any law which gives me a right to cure my default) if;

1) any payment has not reached you within 10 days after it is due; or
2) I fail to notify you of a change in my name, address or school enrollment status within 10 days; or
3) I break any of my other promises under this agreement; or
4) Any bankruptcy proceeding is begun by or against me, or I assign any of my assets for the benefit of my creditors; or
5) I make any false written statement in applying for this loan or for an extension or deferment of this loan. After serving such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking and/or savings account I have with you if permitted by law, but not out of the proceeds of any other property of mine which you have a right to take because of any other agreement between you and me. If I default, I will be required to pay interest on this loan as provided in Paragraph IX from the date of default since the United States Government will stop paying such interest on my behalf.

**COLLECTION COSTS:**

1) I agree to pay you reasonable amounts permitted by law, including the fees of an outside attorney and court costs, which you incur in collecting any amount I owe under the Note which is not paid when due.
2) If any payment has not reached you within 10 days after its due date, you may, if permitted by law, bill me for a late charge at the maximum rate permitted.

**ADDITIONAL AGREEMENTS:**

1) The proceeds of this loan will be used only for my educational expenses at the school listed in my application.
2) I will send written notice to you, or any holder of this Note, within 10 days after my change in my name, address, or school enrollment status.
3) Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. No separate notice is required for any Co-Signer.
4) Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provision of this Note can be waived or modified except in writing.
5) If the California Student Aid Commission is required under its guarantee to repay my loan(s) because I have defaulted, the California Student Aid Commission will become the owner of this Note and as my creditor will have all the rights of the original hold to enforce this Note against me.
6) I understand that I must repay this loan even though I may be under 18 years of age.
7) I understand my loan will be cancelled if I die or become totally and permanently disabled.
8) In this Note the words I, me and my, mean each and all of those who signed it. If more than one person signs this Note, each person will be liable up to the full amount of the loan. You, your and yours, mean the lender and any other owner of this Note.

**DEFERMENT:**

You will let me pay interest only, if such interest is not paid by the United States Government, and defer making principal payments on this Note as provided below if my repayment period has begun, I am not in default, and can prove to you that I qualify for the deferment.

1) While I am enrolled;
   a) in an eligible school approved by the California Student Aid Commission in the normal full-time academic work load as determined by that school, unless I am not a citizen or national of the United States and as studying at a school not located in the United States; or
   b) in a graduate fellowship program approved by the Secretary of Education; or
   c) in a rehabilitation training program for disabled individuals approved by the Secretary of Education; or
   d) as full-time student at either an institution of higher education or vocational school which is operated by an agency of the Federal Government.

2) For a period not exceeding 3 years for each of the following while I am;
   a) On active duty in the Armed Forces of the United States or serving as an Officer in the Commissioned Corps of the United States Public Health Service; or
   b) Serving as a Peace Corps volunteer; or
   c) Serving as full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (e.g. VISTA); or
   d) Providing service as a full-time volunteer for an organization exempt from Federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1954, which the Secretary of Education has determined is comparable to service in the Peace Corps of ACTION programs.   d)

3) For one or more periods not exceeding 3 years while I am;
   a) Temporarily totally disabled, as established by affidavit of a qualified physician; or
   b) Unable to work because I must care for a spouse who is temporarily totally disabled as established by affidavit of a qualified physician.

4) For period not exceeding 2 years while I am serving an internship that is needed to gain professional recognition required to begin professional practice or service.

5) For a single period not exceeding one year while I am conscientiously seeking but unable to find full-time employment in the United States.

For loans in repayment and disbursed before October 1, 1981, a six-month post deferment grace period is provided following any period of authorized deferment, or combination thereof, before principal payments are required to resume. If my loan is disbursed on or after October 1, 1981, and if I have received an authorized deferment, I am not eligible for a six-month post deferment grace period.

**IX. REPAYMENT IN INSTALLMENTS:**

I can repay the total amount due on this Note in installments, with interest at the rate indicated in "Annual Percentage Rate-During Repayment" on the unpaid balance from the due date of this Note until the loan is paid in full, unless;

1) The whole loan is due, as described in Paragraph V; or
2) This Note has become due because of item 2 of Paragraph II. Not less than four months prior to the due date of this Note I will, at your option, sign either a Payout Note or Repayment Schedule which shows the repayment terms. If I sign a Repayment Schedule, it will become part of this Note and any Co-Signer who signs the Repayment Schedule will be obligated to pay this Note. The Payout Note or Repayment Schedule may include all loans I have received under the California Guaranteed Student Loan Program of the California Student Aid Commission, Guarantor of this Note.

The Payout Note or Repayment Schedule will require me to make monthly payments for a period of not less than 5 nor more than 10 years after this Note becomes due. The repayment period will not be longer than 15 years from the date of this original Note not counting periods on which I am granted any authorized deferment outlined in Paragraph VIII. My original in-school period is counted in this 15 year requirement. At my option I may agree to a repayment period that is shorter than 5 years. However, I may at any time later have the repayment period extended so that the total repayment period is not less than 5 years. If my loan(s) is/are disbursed prior to October 1, 1981, my total payments for any year of the repayment period on all my loans under the Guaranteed Student Loan Program (GSLP), the Guaranteed Parental Loan Program (GPLP) or the PLUS (CLAS) Program under Title IV, Part B of the Higher Education Act shall not be less than $360 per year, including payment by my spouse on any loan under such programs (or the balance of all such loans plus accrued interest if less than $360) even though this may result in a repayment period shorter than 5 years. If my loan(s) is/are disbursed on or after October 1, 1981, my total payments for any year of the repayment period on all my loans under the Guaranteed Student Loan Program (GSLP), the Guaranteed Parental Loan Programs (GPLP) or the PLUS (CLAS) Program under Title IV, Part B of the Higher Education Act shall not be less than $600 per year, including payments by my spouse on any loan under such loan programs (or the balance of all such loans plus accrued interest if less than $600) even though this may result in a repayment period shorter than 5 years.

UNITED STATES DEPT. OF EDUCATION

"ALL RIGHTS, TITLE AND INTEREST OF THE UNDERSIGNED IS HEREBY ASSIGNED WITHOUT WARRANTY, EXCEPT THAT THE NOTE QUALIFIES FOR INSURANCE TO THE STUDENT LOAN FUND OF CORPORATION BANK OF AMERICA, TRUSTEE."

FIRST INDEPENDENT TRUST CO.
Vice President

principal and interest is hereby assigned by execution

CALIFORNIA EDUCATIONAL LOAN PROGRAM, INCLUDING PROGRAMS ADMINISTERED BY CALIFORNIA STUDENT AID COMMISSION
1515 "S" STREET
NORTH BLDG.

FOR IMPORTANT INFORMATION.

PRICE, DAVID,
CLAIM NO 1991090031841   09-27-91

FILE NO: C-47568

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID PRICE AKA
DAVID F. PRICE

Defendant(s).

**COURT NO:**

# CV10 0372

**SUMMONS**

**TO THE ABOVE-NAMED DEFENDANT(S),** You are hereby summoned and required to file with the court and serve upon

Plaintiff's attorney whose address is:

GOLDSMITH & HULL, A P.C.
16933 PARTHENIA STREET
NORTHRIDGE, CA 91343

an answer to the complaint which is herewith served upon you within 3\ days after service of this summons upon you, exclusive of day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 19 2010

Date: _____

**TERRY NAFISI, CLERK**

**CHRISTOPHER POWERS**

BY:_____

**Deputy Clerk**        **SEAL**

(SEAL OF THE COURT)

**SUMMONS**

**UNITED STATES DISTRICT COURT. CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> UNITED STATES OF AMERICA | **DEFENDANTS** <br> DAVID PRICE AKA <br> DAVID F. PRICE |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only). <br> SISKIYOU |
| **(c)** Attorneys (Firm Name. Address and Telephone Number. If you are representing yourself, provide same.) <br> GOLDSMITH & HULL A.P.C. <br> 16933 PARTHENIA ST. SUITE 110 <br> NORTHRIDGE CA 91343 <br> (818) 990-6600  FAX: (818) 990-6140 <br> govdept1@goldsmithcalaw.com | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

**☒ 1** U.S. Government Plaintiff  **☐ 3** Federal Question (U.S Government Not a Party)

**☐ 2** U.S. Government Defendant  **☐ 4** Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

**☒ 1** Original Proceeding  **☐ 2** Removed from State Court  **☐ 3** Remanded from Appellate Court  **☐ 4** Reinstated or Reopened  **☐ 5** Transferred from another district (specify):  **☐ 6** Multi-District Litigation  **☐ 7** Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  **☒ MONEY DEMANDED IN COMPLAINT: $ $5.763.84**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COMPLAINT ON FEDERALLY INSURED STUDENT LOAN- DEPARTMENT OF EDUCATION TITLE 20 U.S.C. SECTION 1071 AND TITLE 20 U.S.C. 1080

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | PERSONAL PROPERTY | ☐ 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | | ☐ 371 Truth in Lending | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault. Libel & Slander | ☐ 380 Other Personal Property | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & | ☐ 330 Fed Employers' Liability | Damage | ☐ 540 Mandamus/ Other | Disclosure Act |
| ☐ 470 Racketeer influenced and Corrupt Organizations | Enforcement of Judgment | ☐ 340 Marine | ☐ 385 Property Damage Product | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act ☐ 790 Other Labor Litigation |
| ☐ 810 Selective Service | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | Liability | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. inc. Security Act |
| ☐ 850 Securities/Commodities /Exchange | ☒ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 153 Recovery of Overpayment of | ☐ 355 Motor Vehicle Product Liability | BANKRUPTCY | ☐ 610 Agriculture ☐ 620 Other Food & | ☐ 820 Copyrights ☐ 830 Patent |
| ☐ 891 Agricultural Act | Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 422 Appeal 28 USC 158 | Drug | ☐ 840 Trademark |
| ☐ 892 Economic Stabilization Act | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of | SOCIAL SECURITY |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | Med Malpractice | CIVIL RIGHTS | Property 21 USC 881 | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 441 Voting | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Information Act | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product | ☐ 442 Employment ☐ 443 Housing/Acco- | ☐ 640 R.R. & Truck | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal | ☐ 210 Land Condemnation ☐ 220 Foreclosure | Liability | mmodations | ☐ 650 Airline Regs ☐ 660 Occupational | ☐ 865 RSI (405(g)) FEDERAL TAX SUITS |
| Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 444 Welfare | Safety /Health | ☐ 870 Taxes (U.S. Plaintiff |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land ☐ 245 Tort Product Liability | | ☐ 440 Other Civil Rights | ☐ 690 Other | or Defendant) ☐ 871 IRS-Third Party 26 |
| ☐ 890 Other Statutory Actions | ☐ 290 All Other Real Property | | | | USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes. list case number(s):

**CV10 0372**

**FOR OFFICE USE ONLY:**  Case Number _____

CV-71 (01/03)  CIVIL COVER SHEET  Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

### AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No    ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)    ☐ A.  Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B.  Involve the same or substantially the same parties or property;

☐ C.  Involve the same patent, trademark or copyright;

☐ D.  Call for determination of the same or substantially identical questions of law; or

☐ E.  Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☒ Check here if the U.S. government, its agencies or employees is a named plaintiff.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐  Check here if the U.S. government, its agencies or employees is a named defendant.
   SISKIYOU

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
   SISKIYOU

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**    _____    **Date** 1/19/10

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |